# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **RONALD SANCHEZ** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:22-CV-1135** |
| | § | |
| **TARGET CORPORATION d/b/a** | § | |
| **TARGET** | § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE U. S. DISTRICT COURT JUDGE ALAN D. ALBRIGHT:**

COME NOW, Plaintiff, Ronald Sanchez, and Defendant Target Corporation (collectively, **"the Parties"**), and jointly provide the Court with notice that the Parties have reached a settlement in the above-entitled case. Currently, the Parties are working diligently to draft and execute the necessary settlement documents. As soon as the settlement documents are finalized, which the Parties anticipate will occur no later than thirty (30) days from this filing, the Parties will expediently file a stipulation of dismissal with prejudice and a proposed Final Judgment.

Respectfully submitted,

**TRUJILLO GONZALEZ PC**
1111 West Mockingbird Lane, Suite 258
Dallas, Texas 75247
Telephone: (214) 225-4878
Facsimile: (469) 983-5600

By: _____
James D. Trujillo
State Bar No. 24056453
james@tgtriallaw.com
Ramon E. Gonzalez
State Bar No. 24097745
Ramon@tgtriallaw.com
service@tgtriallaw.com

**ATTORNEYS FOR PLAINTIFF**


**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 South Mopac Expressway, Suite A400
Austin, Texas 78746
(512) 472-0288
(512) 472-0721 Fax

By:   */s/ G. Robert Sonnier*
G. Robert Sonnier
State Bar No. 18847400
rsonnier@germer-austin.com
Samantha C. Jeffers
State Bar No. 24120924
sjeffers@germer-austin.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I certify by my signature above that a true and correct copy of the above and foregoing has been served on all attorneys of record as listed below on March 28, 2024:

James D. Trujillo
State Bar No. 24056453
james@tgtriallaw.com
Ramon E. Gonzalez
State Bar No. 24097745
Ramon@tgtriallaw.com
Trujillo Gonzalez PC
1111 West Mockingbird Lane, Suite 258
Dallas, Texas 75247
Telephone: (214) 225-4878
Facsimile: (469) 983-5600
service@tgtriallaw.com

**ATTORNEYS FOR PLAINTIFF**

                                      */s/ G. Robert Sonnier*
                                      G. Robert Sonnier