IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **RONALD SANCHEZ**<br>　　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 6:22-CV-1135 |
| **TARGET CORPORATION d/b/a**<br>**TARGET**<br>　　*Defendant.* | §<br>§<br>§ | |

## FINAL TAKE NOTHING JUDGMENT

Before the Court is the above-entitled and styled cause of action. The case was removed to this Court on October 28, 2022. *See* Clerk's Dkt. No. 1. Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the above-entitled case has now been dismissed with prejudice, and the Court enters this Final Take Nothing Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that the case has now been **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties shall bear their own attorneys' fees and court costs.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

**SIGNED** this 15th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE